UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:17-cv-24032-Scola/Torres

**PATRICIA SUSANA CHAHIN DONADO**
and all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

v.

**MRC EXPRESS, INC.,**

    Defendant.

---

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, counsel of record for Defendant **MRC EXPRESS, INC.** certifies that there is no corporation that would be identified either as a parent corporation of **MRC EXPRESS, INC.** or a publicly held corporation owning 10% or more of **MRC EXPRESS, INC.**'s stock.

    **Lawrence J. Roberts & Associates, P.A.**
    Attorneys for Defendant
    249 Catalonia Avenue
    Coral Gables, Florida 33134
    Phone: (305) 441-7882
    Fax: (305) 441-7883
    Email: Dsmith@lrobertsandassociates.com

    By:  */s/ DAVID W. SMITH*
        DAVID W. SMITH, ESQUIRE
        Florida Bar No.: 89870

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on November 20, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

             Respectfully submitted,

             **Lawrence J. Roberts & Associates, P.A.**
             Attorneys for Defendant
             249 Catalonia Avenue
             Coral Gables, Florida 33134
             Phone: (305) 441-7882
             Fax: (305) 441-7883
             Email: Dsmith@lrobertsandassociates.com

           By: */s/ DAVID W. SMITH*
             DAVID W. SMITH, ESQUIRE
             Florida Bar No.: 89870

## SERVICE LIST

**Notice will be electronically mailed to:**
J.B. Zidell, Esq.
Email: zabogado@aol.com
J.B. Zidell, P.A.
300 71 st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766

*Attorney For Plaintiff*